## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROMAN AKHALAIA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    Case No. CIV-26-133-R |
| | ) |
| FRED FIGUEROA, et al., | ) |
| | ) |
| Respondents. | ) |

### ORDER

Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by the U.S. Immigration and Customs Enforcement. The Court has examined the Petition and now orders Respondents to file an answer, motion or other response within fourteen days of the date of this order. If Respondent files an answer or other response, Petitioner may file a reply within seven days thereafter. If Respondent files a motion, Petitioner shall file a response within fourteen days thereafter. Any motion that is not opposed may, in the discretion of the Court, be deemed confessed. *See* LCvR 7(g).

The Clerk of Court is directed to send copies of the Petition and this Order to the United States Attorney for the Western District of Oklahoma on Respondent's behalf at the following address: 210 W. Park Ave., Suite 400, Oklahoma City, Oklahoma 73102.

IT IS SO ORDERED this 29th day of January, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**