**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROMAN AKHALAIA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-133-R |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is the Amended Motion of Melissa Henry seeking admission *Pro Hac Vice* and to waive the local-counsel requirement under LCvR 83.3(c) [Doc. No. 7]. For good cause shown, the Motion is GRANTED.

Melissa Henry is hereby admitted to practice before this Court for the limited purpose of participating in the above-captioned matter, provided counsel obtains e-filing access to NextGen CM/ECF in this judicial district and files an entry of appearance consistent with LCvR83.4. Additionally, Melissa Henry is granted relief from LCvR83.3(c) and is permitted to proceed as lead counsel in this case without association of local counsel. Should it appear during subsequent proceedings in this case that local counsel is needed, this Order may be vacated and the requirements of LCvR83.3 may be enforced.

IT IS SO ORDERED this 2nd day of February, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE