UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROMAN AKHALAIA, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-26-133-R |
| FRED FIGUEROA, et al., | ) |
| Respondents. | ) |

## JUDGMENT

Pursuant to the Order entered this same date, the Court grants Petitioner's habeas petition in part. Respondents are directed to provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a).

ENTERED this 6th day of March, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE